# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 627 EAL 2015
                        Petitioner    :
                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
           v.                    :

ROYSCE HAYNES,    :
                        Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue and Wecht did not participate in the consideration or decision of this matter.